O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RIBOT, PERRY HALL, JR., DEBORAH MILLS, et al.<br><br>Plaintiff,<br><br>v.<br><br>FARMERS INSURANCE GROUP, FARMERS INSURANCE EXCHANGE, et al.<br><br>Defendants. | Case No. CV 11-02404 DDP (FMOx)<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR REVIEW OF MAGISTRATE JUDGE'S JUNE 19, 2012 ORDER**<br><br>[Docket No. 57] |

The court hereby DENIES Defendants' Motion for Review of the Magistrate Judge's June 19, 2012 Order. As set forth by the Magistrate Judge in his Order, once the case proceeds to trial, the parties will have the opportunity to show good cause why any material should be maintained as confidential.

IT IS SO ORDERED.

Dated: August 7, 2012

DEAN D. PREGERSON
United States District Judge