1 | **LAW FIRM OF JOSEPH H. LOW, IV**
2 | Joseph H. Low, IV (SBN. 194897)
  | E-mail: joseph@jhllaw.com
3 | One World Trade Center, Suite 2320
  | Long Beach, California 90831
4 | Telephone: (562) 901-0840
5 | Facsimile: (562) 901-0841

6
7 | **SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM**
  | Laureen F. Bagley (*Pro Hac Vice*)
8 | E-mail: lbagley@sloanfirm.com
  | 101 E. Whaley Street
9 | Longview, TX 75601
10 | Telephone: (903) 757-7000
   | Facsimile: (903) 757-7574
11 | Attorneys for Plaintiffs
12 | DAVID RIBOT, *et al.*,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RIBOT, PERRY HALL, JR., DEBORAH MILLS, ANTHONY BUTLER, JENNIFER BUTLER, JONATHAN LUNA, RITA DUNKEN, and LOIS BARNES, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> FARMERS SERVICES, LLC., FARMERS INSURANCE EXCHANGE, and 21ST CENTURY INSURANCE COMPANY <br><br> Defendants. | Case No. CV-11-02404 DDP (JCx) <br> Assigned to Hon. Dean D. Pregerson <br><br> **NOTICE OF MOTION AND MOTION FOR ORDER (1) PRELIMINARILY APPROVING PROPOSED SETTLEMENT, (2) APPROVING FORM OF NOTICE TO CLASS MEMBERS, CLAIM FORM AND EXCLUSION FORM, and (3) SETTING HEARING FOR FINAL APPROVAL** <br><br> Date:         September 28, 2015 <br> Time:        10:00 a.m. <br> Courtroom: 3 – 2nd Floor <br><br> Complaint Filed: March 21, 2011 |

---

NOTICE OF FIRST AMENDED MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 28, 2015 or as soon thereafter as the matter may be heard Plaintiffs will, and hereby do, move this Court to:

1. Preliminarily approve the terms set forth in the of Settlement Agreement and Release of Claims ("Settlement Agreement" or "Settlement") described herein and attached as Exhibit "1" to Plaintiffs' Memorandum of Points and Authorities filed herewith;

2. Approve the Proposed Notice of Pendency of Class Action Settlement ("Notice"), Claim Form, and Request for Exclusion attached as Exhibits 2, 3, and 4 to Plaintiffs' Memorandum of Points and Authorities filed herewith;

3. Approve Sloan, Bagley Hatcher & Perry Law Firm, and the Law Firm of Joseph H. Low, IV and the Zelbst Law Firm as Class Counsel.

4. Preliminarily approve attorneys' fees in the amount of $200,000 and separate costs in the amount of $146,000.00.

5. Preliminarily approve incentive awards in the amounts of $3,000.00 each to Class Representatives David Ribot, Perry Hall, Jr., Jonathan Luna, Deborah Mills, Anthony Butler, Jennifer Butler, Lois Barnes and Rita Dunken.

6. Appoint Rust Consulting as the third-party administrator; and

7. Set the governing timeline for the final approval process of the Class and Collective Action Settlement.

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support of Motion for Preliminary Approval of the Class and Collective Action Settlement, the Declaration of Laureen F. Bagley, the Class Notice, the Proposed Order, the records, pleadings and papers filed in this action, and upon such other evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

| | |
|---|---|
| 1   DATED: August 26, 2015 | SLOAN, BAGLEY, HATCHER & PERRY |
| | |
| | By:   */s/ Laureen F. Bagley* |
| | Laureen F. Bagley |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT