# REQUEST FOR EXCLUSION FROM SETTLEMENT

**DO NOT FILL OUT AND RETURN THIS FORM IF YOU WANT TO BE INCLUDED IN THIS CLASS ACTION SETTLEMENT AND REMAIN ELIGIBLE TO SUBMIT A CLAIM FORM AND RECEIVE YOUR SHARE OF THE SETTLEMENT MONEY.**

## INSTRUCTIONS

1. If you do not want to be included in this class action settlement, you may "opt out" of the Settlement by returning this Request for Exclusion Form. If you choose to opt out of the Settlement: (a) you will have no right to receive any money under the Settlement (**note: you must submit the claim form included in this mailing in order to receive money from the settlement**); (b) you will not be bound by the Settlement; and (c) you will have no right to object to the Settlement and/or be heard at the final approval hearing.

To opt out, you must sign and return this Request for Exclusion Form to the Settlement Administrator, c/o Rust Consulting, Inc. _____, at the address listed below, postmarked **no later than** _____, 2015. It is strongly recommended that you obtain proof of mailing of this form if you wish to be excluded from the settlement.

DAVID RIBOT, et al., v. FARMERS SERVICES, L.L.C., et al., Claims Administrator
c/o Rust Consulting, Inc. - _____
P.O. Box 2396
Fairbault, MN 55021-9096
Telephone: (800) 436-8897
Fax: (877) 244-1458

By signing this Request for Exclusion Form, I hereby opt out of the lawsuit and the Settlement. I understand that I will have no right to receive any money under the Settlement, and I will have no right to object to the Settlement and/or be heard at the final approval hearing.

Dated: _____, 2015

_____
(Signature (under penalty of perjury))

_____
(Typed or Printed Name)

_____
(Address)

_____
(City, State, Zip Code)

_____
(Telephone number, including Area Code)

\_\_\_ \_\_\_ \_\_\_ \_\_\_
(Last Four Digits of Social Security Number)

QUESTIONS? Go to www.rustconsulting.com or Call (800) 436-8897. Please do not call the Court

**EXHIBIT 4**