**LAW FIRM OF JOSEPH H. LOW, IV**
Joseph H. Low, IV (SBN. 194897)
E-mail: joseph@jhllaw.com
One World Trade Center, Suite 2320
Long Beach, California 90831
Telephone: (562) 901-0840
Facsimile: (562) 901-0841

**SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM**
Laureen F. Bagley (*Pro Hac Vice*)
E-mail: lbagley@sloanfirm.com
101 E. Whaley Street
Longview, TX 75601
Telephone: (903) 757-7000
Facsimile: (903) 757-7574

Attorneys for Plaintiffs
DAVID RIBOT, *et al.*,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RIBOT, PERRY HALL, JR., DEBORAH MILLS, ANTHONY BUTLER, JENNIFER BUTLER, JONATHAN LUNA, RITA DUNKEN, and LOIS BARNES, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FARMERS SERVICES, LLC., FARMERS INSURANCE EXCHANGE, and 21ST CENTURY INSURANCE COMPANY<br><br>Defendants. | Case No. CV-11-02404 DDP (JCx)<br>Assigned to Hon. Dean D. Pregerson<br><br>**DECLARATION OF JUSTIN PARKS, ON BEHALF OF RUST CONSULTING, INC.** |

Declaration of Justin Parks, for Rust Consulting, Inc.                                    CASE NO. CV-11-02404

# EXHIBIT 6

I, Justin Parks, declare as follows:

1. I am a Business Development Consultant for Rust Consulting, Inc. ("Rust"). My business address is 625 Marquette Avenue, Suite 880, Minneapolis, MN 55402. My telephone number is (612) 359-2863. I am over twenty-one years of age and am authorized to make this declaration on behalf of Rust and have personal knowledge of the facts set forth herein.

2. Rust has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities fraud, property damage, employment discrimination, employment wage and hour, product liability, insurance and consumer issues. We have provided notification and/or claims administration services in more than 4,500 cases. Of these, more than 1,700 were Labor & Employment related cases.

3. Rust is being engaged by Counsel to provide administrative services in the *RIBOT, et al v. FARMERS SERVICES, L.L.C. et al Settlement* (the "Settlement"). Duties will include (but are not limited to): a) preparing, printing and mailing of the Notice of Class Action Settlement ("Class Notice"); b) tracking of Claim Forms; c) drafting, mailing and tax reporting for Settlement Award checks to Class Members; and for such other tasks as the Parties mutually agree or the Court orders Rust to perform.

4. During my more than Nine (9) years with Rust, I have held the position of both Project Manager and more recently Business Development Consultant. I have managed, overseen, and consulted on the administration of more than 250 cases. I am familiar with the facts and circumstances of this case and in my experience similar "claims made" settlements administered by Rust have resulted in a response rate of approximately twenty-five percent.

I declare under penalty of perjury under the laws of the State of Minnesota and the United States that the above is true and correct to the best of my knowledge and that this Declaration was executed this 29th day of July 2015, at Minneapolis, MN.

_____
Justin Parks

- 1 -

Declaration of Justin Parks, for Rust Consulting, Inc.   CASE NO. CV-11-02404

**EXHIBIT 6**