**THE LAW FIRM OF JOSEPH H. LOW, IV**
Joseph H. Low, IV (SBN. 194897)
E-mail: joseph@jhllaw.com
One World Trade Center, Suite 2320
Long Beach, CA 90831
Telephone:  (562) 901-0840
Facsimile:   (562) 901-0841

**SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM**
Laureen F. Bagley (*Pro Hac Vice*)
E-mail: lbagley@sloanfirm.com
101 E. Whaley Street
Longview, TX 75601
Telephone:  (903) 757-7000
Facsimile:   (903) 757-7574

Attorneys for Plaintiffs,
DAVID RIBOT, *ET AL*.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RIBOT, PERRY HALL, JR., DEBORAH MILLS, ANTHONY BUTLER, JENNIFER BUTLER, JONATHAN LUNA, RITA DUNKEN, and LOIS BARNES, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FARMERS SERVICES, LLC., FARMERS INSURANCE EXCHANGE, and 21ST CENTURY INSURANCE COMPANY<br><br>Defendants. | CASE NO. 2:11-cv-02404-DDP-JCx<br>Assigned to Honorable Dean D. Pregerson<br>Courtroom 3 – 2nd Floor<br><br>**[Proposed] ORDER (1) PRELIMINARILY APPROVING PROPOSED SETTLEMENT, (2) APPROVING FORM OF NOTICE , CLAIM FORM AND EXCLUSION FORM, AND (3) SETTING HEARING FOR FINAL APPROVAL**<br><br>Date:         September 28, 2015<br>Time:        10:00 a.m.<br>Courtroom:   3 – 2nd Floor |

[PROPOSED] ORDER ON PLAINTIFFS' FIRST AMENDED MOTION TO MODIFY AND CLARIFY CLASS DEFINITIONS

Upon the hearing of Plaintiffs' Motion for Preliminary Approval of Settlement, considering all evidence and argument presented, and pursuant to the Settlement Agreement and Release of Claims and the unopposed motion, the Court hereby grants Plaintiff's' request that the Court enter an order: (1) preliminarily approving the terms set forth in the Settlement Agreement and Release of Claims ("Settlement Agreement" or "Settlement"), (2) preliminarily approving the Proposed Notice of Pendency of Class Action Settlement ("Notice"), Claim Form, and Request for Exclusion, (3) preliminarily approving Sloan, Bagley, Hatcher & Perry Law Firm, and the Law Firm Of Joseph H. Low, IV and the Zelbst Law Firm as Class Counsel, (4) preliminarily approving attorney's fees in the amount of $200,000 and separate costs in the amount of $146,000.00, (5) preliminarily approving incentive awards in the amounts of $3,000.00 each to Class Representatives, David Ribot, Perry Hall, Jr., Jonathan Luna, Deborah Mills, Anthony Butler, Jennifer Butler, Lois Barnes and Rita Dunken. The Court further appoints Rust Consulting as the third-party settlement administrator and directs that within 14 day of the signing of this order the Settlement Administrator mail the approved Notice, Claim Form and Request for Exclusion ("Notice Packet") to the Settlement Class Members via regular First-Class U.S. Mail, using the most current mailing addresses available. Class Members will have 60 days from the day that the Notice Packet is mailed to file Claim Forms or Requests for Exclusion. The hearing to consider final approval of the settlement, entry of a proposed final judgment, and Plaintiff's counsel's application for an award of attorneys' fees and reimbursement of costs and expenses, as well as an Enhancement Award to the Class Representatives, is hereby scheduled for _____, 2015 at ____ a.m. / p.m. in Department 3.

Dated: _____, 2015

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT COURT

- 1 -

[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO MODIFY AND CLARIFY CLASS DEFINITIONS