O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RIBOT, PERRY HALL, JR., DEBORAH MILLS, ANTHONY BUTLER, JENNIFER BUTLER, JONATHAN LUNA and LOIS BARNES, individually, and on behalf of all others situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>FARMERS INSURANCE GROUP, FARMERS INSURANCE EXCHANGE, 21st CENTURY INSURANCE COMPANY and AIG INSURANCE SERVICE, INC.,<br><br>        Defendants. | Case No. CV 11-02404 DDP (FMOx)<br><br>**ORDER PRELIMINARILY APPROVING PROPOSED SETTLEMENT** |

    Upon the hearing of Plaintiffs' Motion for Preliminary Approval of Settlement, considering all evidence and argument presented, and pursuant to the Settlement Agreement and Release of Claims and the unopposed motion, the Court hereby grants Plaintiffs' request that the Court enter an order: (1) preliminarily approving the terms set forth in the Settlement Agreement and Release of Claims ("Settlement Agreement" or

1  "Settlement"), (2) preliminarily approving the Proposed Notice of
2  Pendency of Class Action Settlement ("Notice"), Claim Form, and
3  Request for Exclusion, (3) preliminarily approving Sloan, Bagley,
4  Hatcher & Perry Law Firm, and the Law Firm Of Joseph H. Low, IV and
5  the Zelbst Law Firm as Class Counsel, (4) preliminarily approving
6  attorney's fees in the amount of $200,000 and separate costs in the
7  amount of $146,000.00, (5) preliminarily approving incentive awards
8  in the amounts of $3,000.00 each to Class Representatives, David
9  Ribot, Perry Hall, Jr., Jonathan Luna, Deborah Mills, Anthony
10 Butler, Jennifer Butler, Lois Barnes and Rita Dunken.  The Court
11 further appoints Rust Consulting as the third-party settlement
12 administrator and directs that within 14 day of the signing of this
13 order the Settlement Administrator mail the approved Notice, Claim
14 Form and Request for Exclusion ("Notice Packet") to the Settlement
15 Class Members via regular First-Class U.S. Mail, using the most
16 current mailing addresses available.  Class Members will have 60
17 days from the day that the Notice Packet is mailed to file Claim
18 Forms or Requests for Exclusion.

19    The hearing to consider final approval of the settlement,
20 entry of a proposed final judgment, and Plaintiffs' counsels'
21 application for an award of attorneys' fees and reimbursement of
22 costs and expenses, as well as an Enhancement Award to the Class
23 Representatives, is hereby scheduled for **November 30, 2015 at 11:00**
24 **a.m. in Courtroom 3.**

25 IT IS SO ORDERED.

Dated: October 9, 2015

DEAN D. PREGERSON
United States District Judge