# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RIBOT, PERRY HALL, JR., DEBORAH MILLS, ANTHONY BUTLER, JENNIFER BUTLER, JONATHAN LUNA, RITA DUNKEN, and LOIS BARNES, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FARMERS SERVICES, LLC, FARMERS INSURANCE EXCHANGE, and 21ST CENTURY INSURANCE COMPANY,<br><br>Defendants. | Case No. CV 11-02404 DDP (JCx)<br><br>Honorable Dean D. Pregerson<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE ON FINAL SETTLEMENT APPROVAL**<br><br><br>2nd Amd. Complaint Filed: Sept. 19, 2011 |

NOTE: CHANGES MADE BY THE COURT

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE

21221097v.1

1  The Court having considered the parties' Joint Stipulation to Continue Hearing
2  Date on Final Settlement Approval filed on October 12, 2015, and good cause appearing
3  therefor,
4  IT IS HERBY ORDERED that the hearing on final approval of settlement, entry of
5  a proposed final judgment, Plaintiffs' counsel's application for award of attorney's fees
6  and reimbursement of costs and expenses, and enhancement awards for class
7  representatives, currently scheduled before this Court at 11:00 a.m. on November 30,
8  2015, shall be rescheduled for hearing before this Court on **January 25, 2016** at 11:00
9  a.m.

11  **IT IS SO ORDERED.**

13  DATED:  October 14, 2015                    Honorable Dean D. Pregerson
14                                              United States District Judge